**No. 57657.**—Fred Gretsch Mfg. Co., Inc. *v.* United States, protest 210214–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of pieces of vellum the same in all material respects as those the subject of Abstract 57385, the claim for free entry under paragraph 1736 was sustained.